AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Shawn Chan<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )    **Case No. 8:25-mj-2265-CPT** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 26, 2025 - June 3, 2025__ in the county of __Pasco__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(1) | Interstate Stalking |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Adam Godfrey, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: JUNE 6, 2025

_____
*Judge's signature*

City and state: Tampa, FL

Christopher P. Tuite, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Adam Godfrey, having been duly sworn, hereby depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since March 2012. In my capacity as an FBI Special Agent, I have investigated various crimes, including crimes involving international terrorism, racially or ethnically motivated violent extremism, complex financial crimes, and those involving the transmission of interstate threats to injure, interstate stalking, and crimes involving illegal possession of firearms. I received training in obtaining probable cause, surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants.

2. I submit this affidavit in support of a criminal complaint charging Shawn Chan ("CHAN"), a Canadian citizen currently in the Middle District of Florida, with violating 18 U.S.C. § 2261A(1) (interstate stalking).

3. I make this affidavit from personal knowledge based on my participation in the investigation, information from law enforcement officers, and information gained through my training and experience.

4. Because this affidavit is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact that I learned as a result of this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause that a

violation of federal law has been committed. Unless otherwise noted, all statements of other persons described in this affidavit are set forth in substance and in part, rather than verbatim.

## STATUTORY AUTHORITY

5. This affidavit is made in support of a criminal complaint against CHAN for violating 18 U.S.C. § 2261A(1)(interstate stalking).

6. Section 2261A provides:

Whoever, travels in interstate or foreign commerce or is present within the special maritime and territorial jurisdiction of the United States... with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, and in the course of, or as a result of, such travel or presence engages in conduct that—

    (A) places that person in reasonable fear of the death of, or serious bodily injury to—
        (i) that person....
        (ii) an immediate family member (as defined in section 115) of that person;
        (iii) a spouse or intimate partner of that person; or
        (iv) the pet, service animal, emotional support animal, or horse of that person; or

    (B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) of subparagraph (A)....

## PROBABLE CAUSE

7. On May 26, 2025, CHAN flew from Scarborough, Ontario to Orlando, Florida on Air Canada (Flight RV 1674).

2

8. Upon arriving in the United States, a point of entry interview occurred. During this interview, CHAN stated that he was staying at the Performance Center of a Sports Entertainment Company (hereinafter "the Performance Center"), located in Orlando.

9. According to open source research, the Performance Center is a state-of-the-art training facility designed to develop well-rounded athletes with aspirations of joining the Sports Entertainment Company. It does not, however, have any hotel rooms, dorm rooms, or other lodging.

10. On May 31, 2025, CHAN traveled from Orlando to the residence of a member of the Sports Entertainment Company (hereinafter, "the VICTIM"), located in the Middle District of Florida (the "Residence"). The VICTIM had a surveillance camera at the Residence, which captured CHAN's conduct.

11. According to a review of the surveillance footage, at approximately 5:20 p.m., CHAN arrived at the Residence wearing a black shirt, tan shorts, a black, and carrying a large black backpack as depicted below:



12. CHAN approached the Residence from the south through the yard instead of using the driveway. CHAN then proceeded to walk around property twice, at one appoint attempting to gain access to a side door of a detached pole barn. CHAN walked onto the front porch of the Residence and reached down around the door mat area possibly. I am aware that some people leave spare keys under their door mats, so CHAN may have been attempting to locate a key to the residence. CHAN also touched around the bottom of the front door, swiped the locking mechanism on the door several times with his hand, grabbed the front door handle, and leaned into the door attempting to open it.

13. The video also shows that CHAN retrieved a long air rifle pellet gun from the front porch wall, which the VICTIM had left outside of the Residence. The air rifle is a Sig Sauer MCX .177 air rifle capable of firing metal pellets at 600 feet per second. CHAN can be seen sitting on the front porch with the pellet gun before standing and walking to the front door as pictured below:



14. CHAN also left a handwritten note on the front porch near some delivered packages. Among other things, the note included the following statements:

   a. "It's me Shawn the guy you all hang out with on FFII online."

   b. "You've been trying to contact me, or should I say reach out to me when I'm absent from that game. So who's the stalker huh?!"

   c. I NEVER said and did anything bad for over 10 years, yet you all dared hating me for no reason.

   d. "I came here to pay just a friendly visit, nothing more. Yet, I'm the one who looks like a stalker thx to all of you."

   e. "And you all think I'm going to have empathy, sympathy and care about any of you anymore?"

   f. "I will start talking and doing whatever I want despite all your shoosh finger faces that you all make."

   g. "Yea, I just wanted to let you know that I was here."

15. The handwritten note includes the phone number ending in 2102 and the address 31 Cardwell Ave. Scarborough, ON. The phone number and address are associated with CHAN.

16. CHAN stayed on the VICTIM's property for more than two hours, finally leaving around 7:50 p.m.

17. On June 3, CHAN entered an event at the Performance Center where the VICTIM makes appearances. Security personnel for the Sports Entertainment Company recognized CHAN as the person from the video footage provided. CHAN was arrested by Orange County deputies on state charges. Once taken into custody, two bottles of liquid with Chinese writing on them were located in CHAN's possession. When asked what the liquids were, CHAN stated they were medicines, one of which was to treat injuries such as bleeding. CHAN was also in possession of a Canadian passport in his name which was issued May 26, 2025, which is the same day he traveled to Orlando.

18. The VICTIM was out of town at the time CHAN was at the Residence. When the VICTIM returned to the area, the location of CHAN was unknown to law enforcement. As such, Pasco County Sheriff's Office Deputies escorted the VICTIM to the Residence in the event CHAN may have returned to the area. An interview with the VICTIM revealed that she did not know CHAN. She expressed concern that her home address was known to the public and that two other individuals had shown up to her Residence without invitation or notice. The VICTIM explained she

does not bring fan mail into the house because of the number of concerning messages she receives.

19.   Based on my knowledge of this case, an unknown individual traveling from another country, repeatedly attempting to gain forceable entry to a Residence while carrying an air rifle, loitering outside a Residence for several hours waiting for the owner to return home, leaving a handwritten note making it clear that individual located the Residence, and then attempting to gain access to the owner of the Residence's place of work would cause a reasonable person, including this VICTIM, to feel substantial emotional distress and intimidation.

## CONCLUSION

20. Based on the foregoing information, I respectfully submit that probable cause exists to believe that Shawn CHAN committed the offense of interstate stalking, in violation of 18 U.S.C. § 2261A(1).

_____
Adam Godfrey
Special Agent
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this 6 day of June 2025.

_____
HON. CHRISTOPHER P. TUITE
United States Magistrate Judge

8