UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 8:25-cr-311-MSS-TGW
                                               18 U.S.C. § 2261A(1)
                                               (Interstate Stalking)
SHAWN CHAN

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Interstate Stalking)

Beginning at least as early as on or about May 26, 2025, the exact date being unknown to the Grand Jury, and continuing through on or about June 3, 2025, in the Middle District of Florida and elsewhere, the defendant,

SHAWN CHAN,

with the intent to harass and intimidate another person, that is, Victim 1, traveled in interstate and foreign commerce from Canada to Orlando, Florida, and in the course of and as a result of such travel engaged in conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1.

JUN 25 2025 PM4:20
FILED - USDC - FLMD - TPA

In violation of 18 U.S.C. § 2261A(1).

A TRUE BILL,

Foreperson

GREGORY W. KEHOE
United States Attorney

By: Lindsey Schmidt
Assistant United States Attorney

By: Daniel J. Marcet
Assistant United States Attorney
Chief, National Security Section

2

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

SHAWN CHAN

INDICTMENT

Violations: 18 U.S.C. § 2261A(1)

A true bill

_____
Foreperson

Filed in open court this 25th day

of June, 2025.

_____
Clerk
JEREMIAH SMITH

Bail $_____

GPO 863 525