UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:25-cr-00311-MSS-TGW

SHAWN CHAN

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL; and

Warden, of the Pasco County Detention Center

It appearing from the petition of the United States of America that the defendant in the above case, Shawn Chan, is confined in Pasco County Detention Center at Land O' Lakes, Florida, and that this case is set for Initial Appearance as to said defendant on July 18, 2025 at 11:00 AM, and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Shawn Chan now detained in custody as aforesaid, under safe and secure conduct, before this Court on July 18, 2025, at Tampa, Florida, by or before 11:00 AM, for Initial Appearance on criminal charges pending against him in this cause.

And this is to command you, Warden, of the Pasco County Detention Center, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return Shawn Chan with all convenient speed, under safe and secure conduct to the custody of the Warden, of the Pasco County Detention Center.

DONE and ORDERED at Tampa, Florida, this 30th day of June, 2025.

_____
HONORABLE THOMAS G. WILSON
United States Magistrate Judge

## AUSA REQUEST/WRIT OF HABEAS CORPUS

To: William B. Berger, Sr.
United States Marshal

From: Lindsey Schmidt
Assistant United States Attorney

Subject: AUSA Request/Writ of Habeas Corpus

The following information is submitted in order to expedite the execution of the attached AUSA Request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of transportation.

Name: Shawn Chan

AKA: N/A

DOB or Age: 41    Race: Asian    Sex: Male

Booking No: 301011    BOP No:    FBI No:

Federal/State Charges: Federal Charges

Institution's Phone No.: (813) 996-6982

Case Agent: Special Agent Adam Godfrey
Agency: Federal Bureau of Investigation
Phone No: 813-253-1013

Other Special Handling, Medical, or Separatee Information: N/A

It is acknowledged that ten working days are needed to process the Writ of Habeas Corpus within the Middle District of Florida, and fifteen working days are required when the Writs are from out of the Middle District boundaries.

**THIS FORM IS TO REMAIN ATTACHED
TO THE AUSA REQUEST OR COPY OF WRIT**