AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Shawn Chan

_Defendant_

)
)
)
)
)
)
)

Case No. 8:25 cr 311 MSS-TGW

RCVD USMS M/FL TAMPA
2025 JUN 27 AM10:11

## ARREST WARRANT

JUL 7 2025 AM10:57
FILED - USDC - FLMD - TPA

To:     Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Shawn Chan                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

  Interstate Stalking, in violation of 18 U.S.C. § 2261A(1)

Date:  6/26/25

_____
_Issuing officer's signature_     **LISA SILVIA**

City and state:          Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
_Printed name and title_

---

| **Return** | | |
|---|---|---|
| This warrant was received on _(date)_ 6/27/25 , and the person was arrested on _(date)_ 7/3/25 at _(city and state)_ Pasco, FL . | | |

Date: 7/3/25

_____
_Arresting officer's signature_

DUSM Aguilar
_Printed name and title_