UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| **CASE NO.:** | 8:25-cr-311-MSS-TGW | **DATE:** | July 8, 2025 |
|---|---|---|---|
| **HONORABLE THOMAS G. WILSON** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAWN CHAN | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Risha Asokan for Lindsey Schmidt, AUSA | |
| | | **DEFENSE COUNSEL**<br>Adam Allen, AFPD | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** 3:09 PM - 3:19 PM | **TOTAL:** 10 mins | **COURTROOM:** | 12A |

**PROCEEDINGS: INITIAL APPEARANCE / ARRAIGNMENT**

- Defendant present and advised of charges.
- Defendant provided with copy of indictment.
- Court advises defendant of rule 5 rights.

- Court inquires as to Defendant's financial status.
- Defendant oral motion to appoint counsel.
- Court oral order granted. Public Defender's office appointed.

-Court oral Order Due Process Protections Act.

-Defendant waives formal reading of indictment.
-Defendant pleads not guilty as to all charges.

-Defendant oral motion for rule 16(a) discovery.
-Government oral motion for rule 16(b) discovery.
-Court grants oral motion for discovery.

-Status Report due the 15th of every month to MSS
-Trial Term scheduled to begin on September 2, 2025, at 9:00 AM.

-Government: Seeking detention. Proffer of counsel.
-Defendant: Reserves the right to seek conditions of release with the filing of an appropriate motion.
-Court: Bond is currently moot as defendant is in state custody.