UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE No. 8:25-cr-311-MSS-TGW

SHAWN CHAN

_____

ORDER OF DETENTION

THIS CAUSE came on to be heard upon the Defendant's initial appearance. For the reasons set forth below, the Defendant should be detained without bail.

The Defendant is charged with Interstate Stalking. The Defendant is currently detained in state case 25CF02423. Accordingly, the matter of bond is currently moot. Should the Defendant's circumstances change, the matter of bond will be considered on the filing of an appropriate motion.

It is, therefore, upon consideration,

ORDERED:

1. That the Defendant, SHAWN CHAN, is hereby **DETAINED** without bail.

2. That the Defendant is hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to

the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. That the Defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. That the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 9th day of July 2025.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE