<div align="center">

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

</div>

**UNITED STATES OF AMERICA,**

**v.**                                                    **Case No.: 8:25-cr-311-MSS-TGW**

**SHAWN CHAN**

_____ /

<div align="center">

**<u>NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL</u>**

</div>

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, SHAWN CHAN, in the above-styled cause. The Clerk is requested to enter the appearance of SAMUEL LANDES, Assistant Federal Defender, as counsel for the Defendant.

The Clerk is requested to withdraw the name of ADAM ALLEN, Assistant Federal Defender, as notice counsel for the Defendant.

DATED this 10th day of July 2025.

<div style="margin-left: 50%;">

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s Samuel Landes*
Samuel Landes, Esq.
Assistant Federal Defender
DC Bar No. 1552625
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Telephone: 813-228-2715
Email: Samuel_Landes@fd.org

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July 2025, a true and correct copy of the foregoing was furnished by CM/ECF to with the Clerk of the Court, which will send notice of the electronic filing to the following:

Lindsey Schmidt, AUSA

/s Samuel Landes
Samuel Landes, Esq.
Assistant Federal Defender