UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:25-cr-00311-MSS-TGW

SHAWN CHAN

### JOINT STATUS REPORT

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of July 10, 2025, the United States herein states as follows:

1. **Brief summary of the case's status:**

On June 25, 2025 a grand jury returned an Indictment charging Shawn Chan with one count of Interstate Stalking in violation of 18 U.S.C. § 2261A(1). The defendant was arraigned on July 8, 2025. The United States in the process of preparing discovery for production and will produce discovery in compliance with the Court's July 9 Order. Doc. 17. The matter is set on the Court's September 2025 trial term.

2. **Possibility of a plea agreement as to each defendant:**

It is unclear at this early stage whether this case will resolve by plea or trial.

3. **Expected length of government's case-in-chief:**

The government expects its case-in-chief to last approximately two days.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

None.

5. **Potential speedy trial and scheduling problems:**

The defendant made his initial appearance on July 8, 2025. The Defendant anticipates filing a Waiver of Speedy Trial through September 30, 2025 and a Motion to Continue Trial to allow adequate time to review and evaluate the evidence in this case. This case is currently scheduled for the September 2025 trial term. The parties do not anticipate any speedy trial problems.

The United States has consulted with counsel for the defendant and all parties agree to the above information.

    Respectfully submitted,

    GREGORY W. KEHOE
    United States Attorney

By:   */s/ Lindsey N. Schmidt*
    Lindsey N. Schmidt
    Assistant United States Attorney
    United States Attorney No. 222
    400 N. Tampa St., Ste. 3200
    Tampa, FL 33602-4798
    Telephone: (813) 274-6000
    Facsimile: (813) 274-6358
    E-mail: Lindsey.Schmidt@usdoj.gov

U.S. v. Shawn Chan                          CASE NO. 8:25-cr-00311-MSS-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Samuel Landes, Esq.

                                         */s/ Lindsey N. Schmidt*
                                         Lindsey N. Schmidt
                                         Assistant United States Attorney
                                         United States Attorney No. 222
                                         400 N. Tampa St., Ste. 3200
                                         Tampa, FL 33602-4798
                                         Telephone: (813) 274-6000
                                         Facsimile: (813) 274-6358
                                         E-mail: Lindsey.Schmidt@usdoj.gov