UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:25-cr-00311-MSS-TGW

SHAWN CHAN

## JOINT STATUS REPORT

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of July 10, 2025, the United States herein states as follows:

1. **Brief summary of the case's status:**

On June 25, 2025, a grand jury returned an Indictment for one count of Interstate Stalking, in violation of 18 U.S.C. § 2261A. The defendant was arraigned on July 8, 2025. Since then, defense counsel has retained an expert for the purposes of conducting a psychiatric examination. The matter is set on the Court's September 2025 trial term.

2. **Possibility of a plea agreement as to each defendant:**

It is unclear at this early stage whether this case will resolve by plea or trial.

3. **Expected length of government's case-in-chief:**

The government expects its case-in-chief to last approximately two to three days. The defendant does not know at this time how long his case-in-chief will last if he intends to present a case.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

None.

5. **Potential speedy trial and scheduling problems:**

The defendant made his initial appearance on July 8, 2025. The defendant will be filing a Motion to Continue Trial and a Waiver of Speedy Trial to allow adequate time to conduct a psychiatric evaluation of the defendant. Trial in this case is currently scheduled for the September 2025 trial term. Because speedy trial is tolled pending a competency evaluation, *see* 18 U.S.C. § 3161(h), and because the defendant will be filing a motion to continue and a waiver of speedy trial, counsel is not aware of any speedy trial problems.

The United States has consulted with counsel for the defendant and all parties agree to the above information.

                                         Respectfully submitted,

                                         GREGORY W. KEHOE
                                         United States Attorney

By: */s/ Lindsey N. Schmidt*
       Lindsey N. Schmidt
       Assistant United States Attorney
       United States Attorney No. 222
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Lindsey.Schmidt@usdoj.gov

U.S. v. Shawn Chan                                CASE NO. 8:25-cr-00311-MSS-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Samuel Landes, Esq.

                                                 */s/ Lindsey N. Schmidt*
                                                 Lindsey N. Schmidt
                                                 Assistant United States Attorney
                                                 United States Attorney No. 222
                                                 400 N. Tampa St., Ste. 3200
                                                 Tampa, FL 33602-4798
                                                 Telephone: (813) 274-6000
                                                 Facsimile: (813) 274-6358
                                                 E-mail: Lindsey.Schmidt@usdoj.gov