UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 8:25-cr-311-MSS-TGW

SHAWN CHAN
_____/

### MOTION TO REOPEN DETENTION HEARING

**NOW COMES** Defendant, Devon Floyd, by and through undersigned counsel, and moves this Court to reopen the detention hearing.

### MEMORANDUM OF LAW

Upon Mr. Chan's arrest, this Court held a detention hearing and ordered his pretrial detention. A visiting immigrant, Mr. Chan had nowhere to live at the time of the detention hearing. Since then, counsel has secured housing in the district for Mr. Chan at the Salvation Army. A detention hearing may be reopened "at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f). Here, because of the changed circumstances involving Mr. Chan's housing, this Court should reopen the detention hearing.

DATED this 20th day of August 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ Samuel E. Landes*
Samuel E. Landes, Esq.
D.C. Bar No. 1552625
Assistant Federal Defender
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone:  (813) 228-2715
Facsimile:   (813) 228-2562
Email:  Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August 2025, a true and correct copy of the foregoing was furnished by CM/ECF to with the Clerk of the Court, which will send notice of the electronic filing to the following:

Lindsey Schmidt, AUSA

*/s/ Samuel Landes*
Samuel Landes, Esq.
Assistant Federal Defender

2