UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                 Case No. 8:25-cr-311-MSS-TGW

**SHAWN CHAN**

_____/

<u>UNOPPOSED MOTION TO CONTINUE</u>

**NOW COMES** Defendant, Shawn Chan, by and through undersigned counsel, and moves this Court to continue the trial in this matter for two months.

<u>MEMORANDUM OF LAW</u>

Mr. Chan is charged with the interstate stalking of a professional wrestler. Concerned about his competency, defense counsel has retained a psychologist to examine him. However, that examination is not yet complete, and the expert has not yet provided counsel with a report of Mr. Chan's competency. To allow defense counsel to finish investigating Mr. Chan's competency, this Court should continue the trial for two months. The Government does not oppose the relief requested by this motion.

DATED this 26th day of August 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s Samuel E. Landes*
Samuel E. Landes, Esq.

D.C. Bar No. 1552625
Assistant Federal Defender
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August 2025, a true and correct copy of the foregoing was furnished by CM/ECF to with the Clerk of the Court, which will send notice of the electronic filing to the following:

Lindsey Schmidt, AUSA

*/s Samuel Landes*
Samuel Landes, Esq.
Assistant Federal Defender

2