UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:25-cr-311-MSS-TGW

SHAWN CHAN

_____

ORDER

This cause comes before the Court for consideration on Defendant's Unopposed Motion to Continue Trial. Defendant is requesting a two-cycle continuance to allow time to complete a competency evaluation. (Dkt. 23) Accordingly, it is

**ORDERED** that this case is continued to the **NOVEMBER 2025 TRIAL TERM**, **which commences NOVEMBER 3, 2025**, with a more precise trial date to follow, **subject to the submission of a written Waiver of Speedy Trial through (NOVEMBER 30, 2025), within fourteen (14) days from the date of this Order.** This continuance satisfies the ends of justice in accordance with the Speedy Trial Act of 1974 (18 U.S.C. §§ 3161-3165, *et seq*) and *United States v. Zedner*, 547 U.S. 489 (2006).

**It is further ORDERED** that the parties shall file a **Joint Status Report** on or before the fifteenth (15th) day of **each month**. Said report shall include the following information:

1. A brief summary of the status of the case, including the number of remaining defendants (including fugitives);

2. The possibility, if known, of a plea agreement as to each defendant;

3. The number of days for trial **each side** requires;

4. A list of all pending motions, the dates on which they were filed, and whether they are ripe for determination; and

5. A brief explanation as to whether a potential speedy trial problem exists and the date on which the speedy trial deadline expires.

No Status Conference will be held unless deemed necessary by the Court.

**DONE and ORDERED** in Tampa, Florida, this 27th day of August, 2025.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
United States Marshal Service
United States Probation Office
United States Pretrial Office