UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:25-cr-00311-MSS-TGW

SHAWN CHAN

### JOINT STATUS REPORT

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of July 10, 2025, the United States herein states as follows:

1. **Brief summary of the case's status:**

On June 25, 2025, a grand jury returned an Indictment for one count of Interstate Stalking, in violation of 18 U.S.C. § 2261A. The defendant was arraigned on July 8, 2025. Since then, defense counsel has retained an expert for the purposes of conducting a psychiatric examination. The matter is set on the Court's November 2025 trial term.

2. **Possibility of a plea agreement as to each defendant:**

It is unclear at this early stage whether this case will resolve by plea or trial.

3. **Expected length of government's case-in-chief:**

The government expects its case-in-chief to last approximately two to three days. The defendant does not know at this time how long his case-in-chief will last if he intends to present a case.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

On August 20, 2025, the defendant filed a motion to reopen the detention hearing. The Magistrate Judge granted that motion, and the detention hearing is currently scheduled for 2:00 p.m. on September 15, 2025.

5. **Potential speedy trial and scheduling problems:**

The defendant made his initial appearance on July 8, 2025. Trial in this case is currently scheduled for the November 2025 trial term. Because speedy trial is tolled pending a competency evaluation, *see* 18 U.S.C. § 3161(h), and because the defendant has waived speedy trial through November 30, 2025, counsel is not aware of any speedy trial problems.

The United States has consulted with counsel for the defendant and all parties agree to the above information.

<div style="margin-left: 50%;">

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Lindsey N. Schmidt*
Lindsey N. Schmidt
Assistant United States Attorney
United States Attorney No. 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lindsey.Schmidt@usdoj.gov

</div>

U.S. v. Shawn Chan					CASE NO. 8:25-cr-00311-MSS-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Samuel Landes, Esq.

>	*/s/ Lindsey N. Schmidt*
>	Lindsey N. Schmidt
>	Assistant United States Attorney
>	United States Attorney No. 222
>	400 N. Tampa St., Ste. 3200
>	Tampa, FL 33602-4798
>	Telephone: (813) 274-6000
>	Facsimile: (813) 274-6358
>	E-mail: Lindsey.Schmidt@usdoj.gov