UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

---

The Honorable Thomas G. Wilson
Courtroom 12A

United States v. Shawn Chan
8:25-cr-00311-MSS-TGW

---

| **Date**: September 16, 2025 | **Court Reporter**: Digital |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 2:45 PM–2:57 PM \|   Total: 12 mins |  |
|  | **Deputy Clerk**: Clara Reaves |

| **Government Counsel** | **Defense Counsel** |
|---|---|
| Lindsey Schmidt, AUSA | Samuel Landes, AFPD |

| **Motion Hearing** ||
| :--- | :--- |
| Defendant present ||
| Matter is before the Court on Defendant's Motion for Detention Hearing (Dkt. 22). ||
| Court hears argument by counsel. ||
| Defendant argues for release. ||
| Government opposes Defendant's motion for release. ||
| For the reasons stated on the record. Court denies Defendant's Motion for release and orders Defendant detained. ||
| Cour to enter order. ||
| Court in recess. ||