UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE No. 8:25-cr-311-MSS-TGW

SHAWN CHAN.

ORDER OF CONTINUED DETENTION

THIS CAUSE came on to be heard upon the Motion to Reopen Detention Hearing (Doc. 22).

The defendant brought new information that he now has a place to stay and is seeking to reopen his detention hearing. Salvation Army, which is a voluntary adult rehabilitation program, is allowing the defendant to stay there. This is not a significant change in circumstances.

Also, it was revealed at the hearing that the defendant had undergone a psychological evaluation which determined that he has a delusional disorder and has a delusion regarding the victim. Under these circumstances, this is even further reason to detain the defendant.

1

Furthermore, the defendant poses a significant danger to the victim and to the community. Given all these circumstances, the defendant will be detained.

It is, therefore, upon consideration,

ORDERED:

1. That the defendant shall be **DETAINED** without bail.

2. That the defendant is hereby **COMMITTED** to the custody of the United States Marshals for confinement in a corrections facility.

3. That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 15th day of September 2025.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE