U.S. District Court
Middle District of Florida
Tampa Division

GOVERNMENT EXHIBIT

Exhibit No.: 1

Case No.: 8:25-cr-00311-MSS-TGW

UNITED STATES OF AMERICA

vs.

SHAWN CHAN

Date Identified: 9/15/2025
Date Admitted: 9/15/2025