UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HONORABLE MARY S. SCRIVEN

| CASE NO. 8:25-cr-311-T-35TGW | DATE: September 26, 2025 |
|---|---|
| TITLE: USA v. Shawn Chan | |
| TIME: 09:37 AM – 10:05 | TOTAL: 28 MIN |
| Courtroom Deputy: Cynthia Biron | Interpreter: N/A |
| Court Reporter: Dave Collier | |
| Counsel for Plaintiff: Lindsey Schmidt | |
| Counsel for Defendant: Samuel Landes | |

### CLERK'S MINUTES: PROCEEDINGS OF MOTION HEARING

Court called to session and Counsel identified for the record.

Counsel for Defendant argues for release.

The Government argues for continued detention.

For the reasons stated on the record, the Court Orders that the Defendant should be continued detained.

Court adjourned.