UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:25-Cr-311-MSS-TGW

**SHAWN CHAN**

_____/

**SECOND UNOPPOSED MOTION TO CONTINUE**

**NOW COMES** Defendant, Shawn Chan, by and through undersigned counsel, and moves this Court to continue the trial in this matter for two months.

**MEMORANDUM OF LAW**

Mr. Chan is charged with the interstate stalking of a professional wrestler. An initial psychological evaluation done to examine his competency diagnosed delusional disorder. The Defense has retained an expert to more fully evaluate Mr. Chan for purposes of trial, and likely to testify. If this second expert will provide testimony, the Government will have a right to conduct its own examination. *See* Fed. R. Crim. P. 12.2(b). To allow both examinations to be completed, the Court should continue the trial for two months. The Government does not oppose the relief requested by this motion.

DATED this 24th day of October 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.

FEDERAL DEFENDER

*/s Samuel E. Landes*
Samuel E. Landes, Esq.
D.C. Bar No. 1552625
Assistant Federal Defender
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone:   (813) 228-2715
Facsimile:    (813) 228-2562
Email:  Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th of October 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to AUSA Lindsey Schmidt.

*/s Samuel E. Landes*
Samuel E. Landes, Esq.
Assistant Federal Defender