UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:25-cr-00311-MSS-TGW

SHAWN CHAN

**JOINT STATUS REPORT**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of July 10, 2025, the United States herein states as follows:

1. **Brief summary of the case's status:**

On June 25, 2025, a grand jury returned an Indictment for one count of Interstate Stalking, in violation of 18 U.S.C. § 2261A. The defendant was arraigned on July 8, 2025, and ordered detained pending trial. On September 15, the Magistrate Judge held a hearing on Chan's Motion to Reopen the Detention Hearing and for Chan's release. Doc. 31. The Magistrate Judge denied Chan's motion and Chan was ordered detained pending trial. *Id*. Shortly after, Chan filed a Motoin to Revoke the Magistrate Judge's Detention Order. Doc. 33. This Court denied Chan's Motion to Revoke and Chan was ordered detained. Doc. 39. The matter is currently set on the Court's January 2026 trial term.

2. **Possibility of a plea agreement as to each defendant:**

This case will be a trial. The United States was informed that the Defendant

anticipates filing a Rule 12.2(b) notice in the near future, which may result in the United States requesting a continuance.

3. **Expected length of government's case-in-chief:**

The government expects its case-in-chief to last approximately three days. The defendant does not know at this time how long his case-in-chief will last if he intends to present a case.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

None.

5. **Potential speedy trial and scheduling problems:**

The defendant made his initial appearance on July 8, 2025. Trial in this case is currently scheduled for the January 2026 trial term. Because speedy trial is tolled pending a competency evaluation, *see* 18 U.S.C. § 3161(h), and Chan's counsel has represented that he will file a waiver of speedy trial through January 31, 2026, the parties do not believe there are any speedy trial issues.

The United States has consulted with counsel for the defendant and all parties agree to the above information.

                                              Respectfully submitted,

                                              GREGORY W. KEHOE
                                              United States Attorney

By:   */s/ Lindsey N. Schmidt*
       Lindsey N. Schmidt
       Assistant United States Attorney
       United States Attorney No. 222
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Lindsey.Schmidt@usdoj.gov

U.S. v. Shawn Chan                                    CASE NO. 8:25-cr-00311-MSS-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Samuel Landes, Esq.

                                         */s/ Lindsey N. Schmidt*
                                         Lindsey N. Schmidt
                                         Assistant United States Attorney
                                         United States Attorney No. 222
                                         400 N. Tampa St., Ste. 3200
                                         Tampa, FL 33602-4798
                                         Telephone: (813) 274-6000
                                         Facsimile: (813) 274-6358
                                         E-mail: Lindsey.Schmidt@usdoj.gov