UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA          CASE NO. 8:25-cr-00311-MSS-TGW

v.

SHAWN CHAN

## STATUS REPORT REGARDING DATE CERTAIN TRIAL

Pursuant to the Court's Order directing the parties to file a Status Report regarding their availability for a date certain trial beginning January 12, 2026, the United States herein states as follows:

Shawn Chan, through defense counsel, has advised the United States that no later than Monday, December 22, 2025, Chan will file a notice under Federal Rule of Criminal Procedure 12.2(b). In this notice, Chan will notify the United States that he intends to introduce expert evidence at trial relating to a mental disease or defect or any other mental condition of the defendant bearing on the issue of guilt.

But Chan's Rule 12.2(b) notice will be untimely, and the Court should preclude this expert evidence at trial.[1] See Fed. R. Crim. Pro 12.2(d)(1) ("[t]he court may exclude any expert evidence from the defendant on the issue of the defendant's mental disease, mental defect, or any other mental condition bearing on the defendant's guilt.") As set forth in the Pre-Trial Discovery Order, the parties had

---

[1] Once the 12.2(b) notice is filed, the United States intends to file a motion objecting to this evidence. For purposes of this status report, the United States is providing the Court with an overview of its position on the admissibility of this evidence.

"until May 12, 2025, to file pre-trial motions in this case."[2] (Doc. 17).

Chan's motion, which will be filed just three weeks before the Court's proposed date certain, is well beyond the deadline that the Court intended for pre-trial motions. To date, the United States has no information about the purported expert testimony—including the expert's credentials and their methods. The United States does not know what the nature of Chan's mental condition may be. And the United States has not received a copy of the results and reports of any examination on mental condition. Allowing Chan to present this last-minute evidence at trial would be extremely prejudicial to the United States.

If the Court, however, is inclined to allow Chan's expert testimony, the United States will ask the Court to order Chan to be examined under procedures by the Court. Federal Rule of Criminal Procedure 12.2(c)(1)(B) ("Upon the filing of a notice . . . under Rule 12.2(b) the court may, upon the government's motion, order the defendant to be examined under procedures ordered by the court."). The United States will then file a motion to continue and ask the Court to find that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial. 18 U.S.C. §3161 (h)(7)(B). Chan has indicated that there would be no objection to the United States's motion to continue.

So, in summary, to the extent the Court is inclined to allow Chan's expert evidence regarding his mental disease or mental condition, the United States will

---

[2] The May 12, 2025, date may be a typographical error as Chan was not indicted until June 25, 2025. (Doc. 3).

need additional time to allow the Court ordered evaluation of Chan and cannot proceed to trial on January 12, 2026. On the other hand, if Chan is precluded from presenting this evidence at trial the United States is prepared to proceed to trial on January 12, 2026.

The United States has consulted with counsel for Chan and the parties' agree to the above information, although Chan disagrees that his Rule 12.2(b) notice is untimely.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Lindsey N. Schmidt*
Lindsey N. Schmidt
Assistant United States Attorney
United States Attorney No. 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lindsey.Schmidt@usdoj.gov

**U.S. v. Shawn Chan**                    **CASE NO. 8:25-cr-00311-MSS-TGW**

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a notice

of electronic filing to the following:

Samuel Landes, Esq.

/s/ Lindsey N. Schmidt
Lindsey N. Schmidt
Assistant United States Attorney
United States Attorney No. 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lindsey.Schmidt@usdoj.gov