Counselor
Samuel Landes
Co-Counselor
Shawn Chan

United States District Court
District Of 11th District (Circuit)

DEC 29 2025 PM 12:27
FILED - USDC - FL MD - TPA

United States
          Plaintiff                    : Case # 8:25-cr-311-MSS-TGW

vs.

\* Shawn Chan
Defendant

**N**otice of Defendants Assertion of Right to Speedy Trial,
**N**on-Consent To Any Further Continuances And
Objection To Continuances That Are On The Docket

1. Defendant is currently in the custody of Hernando County Jail, located in Brooksville, Florida at the order of the United States Attorney, District of 11th District (Circuit).
2. The cause or pretext of the detention is an <u>indictment</u>.
3. Defendant respectfully re-asserts his right to a Speedy Trial. Furthermore, Defendant has never waived this right.
4. Defendant does not consent to any further continuances.
5. Defendant objects/disputes to continuances already on his docket and will raise these objections in an upcoming motion.

Signed: x _Shawn Chan_                Dated: _December 20th 2025_
Print Name: Shawn Chan (SHAWN CHAN)