UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:25-cr-00311-MSS-TGW

SHAWN CHAN

**JOINT STATUS REPORT**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of July 10, 2025, the United States herein states as follows:

1.      **Brief summary of the case's status:**

On June 25, 2025, a grand jury returned an Indictment for one count of Interstate Stalking, in violation of 18 U.S.C. § 2261A. The defendant was arraigned on July 8, 2025, and ordered detained pending trial. On September 15, the Magistrate Judge held a hearing on Chan's Motion to Reopen the Detention Hearing and for Chan's release. Doc. 31. The Magistrate Judge denied Chan's motion and Chan was ordered detained pending trial. *Id*. Shortly after, Chan filed a Motoin to Revoke the Magistrate Judge's Detention Order. Doc. 33. This Court denied Chan's Motion to Revoke and Chan was ordered detained. Doc. 39. The matter is currently set on the Court's January 2026 trial term.

2.      **Possibility of a plea agreement as to each defendant:**

This case will be a trial.

**3. Expected length of government's case-in-chief:**

The government expects its case-in-chief to last approximately three days. The defendant does not know at this time how long his case-in-chief will last if he intends to present a case.

**4. Pending motions, dates on which they were filed, and whether they are ripe for determination:**

On December 23, 2025, Chan filed a motion for leave to file a delayed Rule 12.2 Notice. Doc 47. On January 6, 2026, the United States responded in opposition to that motion. Doc. 52. This Motion is ripe for the Court's consideration.

**5. Potential speedy trial and scheduling problems:**

The defendant made his initial appearance on July 8, 2025. Trial in this case is currently scheduled for the January 2026 trial term. Because speedy trial is tolled pending a competency evaluation, *see* 18 U.S.C. § 3161(h), and because speedy trial is tolled from the date Chan filed the motion for leave to file a delayed rule 12.2 Notice to the date of the Court's decision, see 18 U.S.C. § 3161(h)(1)(J), the parties do not believe there are any speedy trial issues. By the parties' conservative calculation, after considering the excludable time, 26 days will remain under the Speedy Trial Act when the speedy trial clock starts again.

To the extent the Court is ready to set this case for trial, the United States would ask the Court for a date certain as the Victim travels extensively for work—much of which is overseas and out of state. In order to ensure that all the Victim is given sufficient time to make work and travel arrangements, the United States

respectfully requests that the trial occur on a date certain. Defense counsel does not oppose the request.

The United States has consulted with counsel for the defendant and all parties agree to the above information.

<div style="margin-left: 40%;">

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ Lindsey N. Schmidt
Lindsey N. Schmidt
Assistant United States Attorney
United States Attorney No. 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lindsey.Schmidt@usdoj.gov

</div>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 15, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a notice

of electronic filing to the following:

Samuel Landes, Esq.

/s/ *Lindsey N. Schmidt*
Lindsey N. Schmidt
Assistant United States Attorney
United States Attorney No. 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lindsey.Schmidt@usdoj.gov