UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 8:25-cr-311-MSS-TGW

SHAWN CHAN

_____

ORDER

**THIS CAUSE** is before the Court for consideration of Defendant Shawn Chan's Motion for Leave to File Rule 12.2 Notice Out of Time, (Dkt. 47), and the Government's response in opposition. (Dkt. 52) Defendant attaches to his motion a report from Dr. Michelle Ayala. (Dkt. 47-1) In the report, Dr. Ayala opines that Defendant suffers from an acute delusional disorder that causes him to believe he is in a romantic relationship with the alleged victim. Dr Ayala concludes that Defendant was insane at the time of the offense. (Id.) Before determining whether the motion should be granted, the Court finds it appropriate to permit the Government an opportunity to have a psychiatric or psychological examination be conducted.

Accordingly, it is **ORDERED**:

1. The Court **DEFERS RULING** on Defendant Shawn Chan's Motion for Leave to File Rule 12.2 Notice Out of Time. (Dkt. 47)

2. The Government may retain an expert to conduct a psychiatric or psychological examination of Defendant to determine whether

Defendant was insane at the time of the offense. The Government shall file its report with the Court, under seal, within forty-five (45) days from the date of this Order.

3. This Order satisfies the ends of justice in accordance with the Speedy Trial Act of 1974 (18 U.S.C. §§ 3161-3165, *et seq*) and *United States v. Zedner*, 547 U.S. 489 (2006). All time incurred in the resolution of this motion is excluded from the calculation of the Speedy Trial deadline.

**DONE and ORDERED** in Tampa, Florida, this 26th day of January 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies to:**
Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service