**UNITED STATES OF AMERICA**

**v.**                                                    **CASE NO: 8:25-cr-00311-MSS-TGW**

**SHAWN CHAN**

---

## **ORDER**

This cause comes before the Court *sua sponte*. This matter is currently set on the Court's January 2026 Trial Calendar; however, there is a pending Motion to File Rule 12.2 Notice Out of Time. To allow time to resolve the pending motion, the Court deems it appropriate to continue the trial in this matter. Accordingly, it is

**ORDERED** that this case is continued to the **MARCH 2026 TRIAL TERM**, **which commences March 2, 2026**, with a more precise trial date to follow, **subject to the submission of a written Waiver of Speedy Trial through (MARCH 31, 2026), within fourteen (14) days from the date of this Order.** This continuance satisfies the ends of justice in accordance with the Speedy Trial Act of 1974 (18 U.S.C. §§ 3161-3165, *et seq*) and *United States v. Zedner*, 547 U.S. 489 (2006).

**It is further ORDERED** that the parties shall file a **Joint Status Report** on or before the fifteenth (15th) day of **each month**. Said report shall include the following information:

1.  A brief summary of the status of the case, including the number of remaining defendants (including fugitives);

2.  The possibility, if known, of a plea agreement as to each defendant;

3.  The number of days for trial **each side** requires;

4.  A list of all pending motions, the dates on which they were filed, and whether they are ripe for determination; and

5.  A brief explanation as to whether a potential speedy trial problem exists and the date on which the speedy trial deadline expires.

No Status Conference will be held unless deemed necessary by the Court.

**DONE and ORDERED** in Tampa, Florida, this 30th day of January 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
United States Marshal Service
United States Probation Office
United States Pretrial Office