UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:25-cr-00311-MSS-TGW

SHAWN CHAN

## JOINT STATUS REPORT

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of July 10, 2025, the United States herein states as follows:

1.      **Brief summary of the case's status:**

On June 25, 2025, a grand jury returned an Indictment for one count of Interstate Stalking, in violation of 18 U.S.C. § 2261A. The defendant was arraigned on July 8, 2025, and ordered detained pending trial. On September 15, the Magistrate Judge held a hearing on Chan's Motion to Reopen the Detention Hearing and for Chan's release. Doc. 31. The Magistrate Judge denied Chan's motion and Chan was ordered detained pending trial. *Id*. Shortly after, Chan filed a Motoin to Revoke the Magistrate Judge's Detention Order. Doc. 33. This Court denied Chan's Motion to Revoke and Chan was ordered detained. Doc. 39. Chan is currently being examined by the United States' expert, consistent with the Court's order. Doc. 54. The United States will file it's expert's report on or before March 12, 2026. *Id*.

**2. Possibility of a plea agreement as to each defendant:**

This case will be a trial.

**3. Expected length of government's case-in-chief:**

The government expects its case-in-chief to last approximately three days. The defendant does not know at this time how long his case-in-chief will last if he intends to present a case.

**4. Pending motions, dates on which they were filed, and whether they are ripe for determination:**

None.

**5. Potential speedy trial and scheduling problems:**

The defendant made his initial appearance on July 8, 2025. Chan is currently undergoing a psychological examination and speedy trial is tolled. *See* Doc. 54. Because speedy trial is tolled pending a competency evaluation, *see* 18 U.S.C. § 3161(h), and because speedy trial is tolled from the date Chan filed the motion for leave to file a delayed rule 12.2 Notice to the date of the Court's decision, see 18 U.S.C. § 3161(h)(1)(J), the parties do not believe there are any speedy trial issues. By the parties' conservative calculation, after considering the excludable time, 26 days will remain under the Speedy Trial Act when the speedy trial clock starts again.

The United States has consulted with counsel for the defendant and all parties agree to the above information.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:     */s/ Lindsey N. Schmidt*
Lindsey N. Schmidt
Assistant United States Attorney
United States Attorney No. 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lindsey.Schmidt@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Samuel Landes, Esq.

/s/ *Lindsey N. Schmidt*
Lindsey N. Schmidt
Assistant United States Attorney
United States Attorney No. 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lindsey.Schmidt@usdoj.gov