UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:25-cr-00311-MSS-TGW

SHAWN CHAN

## JOINT STATUS REPORT

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of July 10, 2025, the United States herein states as follows:

1.      **Brief summary of the case's status:**

On June 25, 2025, a grand jury returned an Indictment for one count of Interstate Stalking, in violation of 18 U.S.C. § 2261A. The defendant was arraigned on July 8, 2025, and ordered detained pending trial. On September 15, the Magistrate Judge held a hearing on Chan's Motion to Reopen the Detention Hearing and for Chan's release. Doc. 31. The Magistrate Judge denied Chan's motion and Chan was ordered detained pending trial. *Id*. Shortly after, Chan filed a Motion to Revoke the Magistrate Judge's Detention Order. Doc. 33. This Court denied Chan's Motion to Revoke and Chan was ordered detained. Doc. 39. Chan is currently being examined by the United States' expert, consistent with the Court's order. Doc. 54. The United States recently filed its expert's report under seal. Doc. 58.

**2.    Possibility of a plea agreement as to each defendant:**

This case will likely be a stipulated facts bench trial. The undersigned AUSA is waiting for the necessary approvals so that the parties may proceed with a stipulated facts bench trial.

**3.    Pending motions, dates on which they were filed, and whether they are ripe for determination:**

None.

**4.    Potential speedy trial and scheduling problems:**

The defendant made his initial appearance on July 8, 2025. Because speedy trial was tolled pending a competency evaluation, *see* 18 U.S.C. § 3161(h), and because speedy trial is tolled from the date Chan filed the motion for leave to file a delayed rule 12.2 Notice to the date of the Court's decision, *see* 18 U.S.C. § 3161(h)(1)(J), the parties do not believe there are any speedy trial issues. By the parties' conservative calculation, after considering the excludable time, 26 days will remain under the Speedy Trial Act when the speedy trial clock starts again. Additionally, on February 27, the Court continued the case to the May 2026 trial term and concluded that the continuance satisfies the ends of justice and that the speedy trial clock was tolled. Doc. 57.

2

The United States has consulted with counsel for the defendant and all parties agree to the above information.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/ Lindsey N. Schmidt
      Lindsey N. Schmidt
      Assistant United States Attorney
      United States Attorney No. 222
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Lindsey.Schmidt@usdoj.gov

**U.S. v. Shawn Chan**                    **CASE NO. 8:25-cr-00311-MSS-TGW**

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system, which will send a notice of

electronic filing to the following:

Samuel Landes, Esq.

<div style="margin-left: 45%">

*/s/ Lindsey N. Schmidt*
Lindsey N. Schmidt
Assistant United States Attorney
United States Attorney No. 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lindsey.Schmidt@usdoj.gov

</div>