# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

### HONORABLE MARY S. SCRIVEN

| | |
|---|---|
| CASE NO.  8:25-cr-00311-MSS-TGW   DATE:  May 22, 2026 | |
| TITLE:<br><br>**UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**SHAWN CHAN,**<br><br>Defendant, | |
| TIME:  10:31 AM – 10:53 AM   TOTAL:  22 MIN | |
| Courtroom Deputy: Cynthia Biron | |
| Court Reporter:  David Collier | |
| Counsel for Plaintiff:  Lindsay Schmidt | |
| Counsel for Defendant:  Ryan Maguire | |

### CLERK'S MINUTES: PROCEEDINGS OF Status Conference via Zoom

Court called to session and Counsel identified for the record. All parties appear by Zoom videoconference. The Defendant is not present.

The Court addresses the parties.

The Defense and Government counsel address the Court.

The parties are directed to file a report on the matters discussed before the Court sets a hearing.

The Court will contact the parties regarding potential Stipulated Facts Bench Trial dates.

The Court directs the parties to file their stipulations under seal.

Court adjourned.