UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:25-cr-00311-MSS-TGW

SHAWN CHAN

## <u>UNITED STATES'S STATUS REPORT</u>

The defendant is a Canadian citizen who overstayed his visitor's visa and is as a result, is subject to an immigration detainer upon his release. At the May 22, 2026 status conference, the Court requested that the United States obtain additional information regarding what, if any, procedures ICE has in place to ensure that Mr. Chan would receive the necessary medical treatment. Since the status conference, the United States has spoken to the Field Medical Coordinator – Miami Office, ICE Health Service Corps who stated:

> ICE's Health Service Corps (IHSC) is responsible for providing medical and mental health care to individuals in ICE custody. Upon intake, detainees undergo a medical screening, and any required medications, including those for mental health, are documented and reviewed by medical staff. Medications are provided on a daily basis, and documentation is generated daily to indicate whether the patient accepted or refused the medication. ICE facilities cannot force medication therapy without a court order. If involuntary medication is required, a court order must be obtained before such treatment can be administered.

While ICE policy is to provide necessary medical care and monitor the administration of prescribed medications, requests for official documentation must be submitted through the appropriate ICE tasking channels. For continuity of care, it is recommended that Mr. Chan's current medical records and medication list, be provided upon transfer into ICE custody.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/ Lindsey N. Schmidt
      Lindsey N. Schmidt
      Assistant United States Attorney
      United States Attorney No. 222
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Lindsey.Schmidt@usdoj.gov

2

**U.S. v. Shawn Chan**                     **CASE NO. 8:25-cr-00311-MSS-TGW**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system, which will send a notice of

electronic filing to the following:

Ryan Maguire, Esq.

*/s/ Lindsey N. Schmidt*
Lindsey N. Schmidt
Assistant United States Attorney
United States Attorney No. 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lindsey.Schmidt@usdoj.gov
