UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,          Case No. 8:25-cr-00311-MSS-TGW

Plaintiff,          ☐
Government          ☒          ☐ Evidentiary
                               ☒ Trial
                               ☐ Other
v.
SHAWN CHAN

Defendant          ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Description of Exhibit |
|---|---|---|---|
| 1 | | | Stipulation of Facts |
| 2 | | | Handwritten note authored by Shawn Chan |
| 3 | | | Neuropsychological Evaluation (Dr. Feliciano) |
| 4 | | | Forensic Psychological Report (Dr. Gambow) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |