UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO. 8:25-cr-00311-MSS-TGW

SHAWN CHAN

**JOINT PROPOSED VERDICT FORM**

1. **Count One of the Indictment**

As to the offense Interstate Stalking, in violation of 18 U.S.C. § 2261A, the

Court finds the defendant, SHAWN CHAN:

Guilty _____

Not Guilty By Reason of Insanity _____

Not Guilty _____

So stated this _____ day of June, 2026.

_____
HONORABLE MARY S. SCRIVEN
United States District Court Judge

**U.S. v. Shawn Chan**                                         **CASE NO. 8:25-cr-00311-MSS-TGW**

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system, which will send a notice of

electronic filing to the following:

Counsel of Record


*/s/ Lindsey N. Schmidt*
Lindsey N. Schmidt
Assistant United States Attorney
United States Attorney No. 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lindsey.Schmidt@usdoj.gov