UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:25-cr-00311-MSS-TGW

SHAWN CHAN

**JOINT PROPOSED OFFENSE INSTRUCTION**
**18 U.S.C. § 2261A (Stalking)**

It's a Federal crime to travel in interstate or foreign commerce with the intent

to kill, injure, harass, intimidate, or place under surveillance another person.

The Defendant can be found guilty of this crime only if all the following facts

are proved beyond a reasonable doubt:

(1) the defendant traveled in interstate or foreign commerce; and

(2) the defendant traveled in interstate or foreign commerce with the intent to harass or intimidate another person; and

(3) in the course of, or as a result of such travel, the defendant engaged in conduct that places that person, L.M. in reasonable fear of the death of, or serious bodily injury to, or causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to that person, L.M.

**U.S. v. Shawn Chan**                    **CASE NO. 8:25-cr-00311-MSS-TGW**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 11, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system, which will send a notice of

electronic filing to the following:

Counsel of Record

*/s/ Lindsey N. Schmidt*
Lindsey N. Schmidt
Assistant United States Attorney
United States Attorney No. 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lindsey.Schmidt@usdoj.gov