# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## HONORABLE MARY S. SCRIVEN

| | |
|---|---|
| CASE NO.  8:25-cr-00311-MSS-TGW     DATE:  June 15, 2026 | |
| TITLE:<br><br>**UNITED STATES OF AMERICA,**<br><br>          Plaintiff,<br><br>v.<br><br>**SHAWN CHAN,**<br><br>          Defendant, | |
| TIME:  9:17 AM – 9:51 AM          TOTAL:  34 MIN | |

| | |
|---|---|
| Courtroom Deputy: Cynthia Biron | |
| Court Reporter:  David Collier | |
| Counsel for Plaintiff:  Lindsay Schmidt | |
| Counsel for Defendant:  Ryan Maguire | |

### CLERK'S MINUTES: PROCEEDINGS OF STIPULATED FACTS BENCH TRIAL

Court called to session and counsel identified for the record.

Defendant sworn.

Evidence entered. The parties rest. Arguments made on the record.

The Court finds Defendant not guilty by reason of insanity. The Defendant is adjudicated not guilty by reason of insanity.

The US Marshal Service shall coordinate with ICE to release the Defendant to their custody.

Court adjourned.