UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,              Case No. 8:25-cr-00311-MSS-TGW

Plaintiff,              ☐

Government              ☒          ☐ Evidentiary
                                   ☒ Trial
                                   ☐ Other

v.

SHAWN CHAN

Defendant              ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Description of Exhibit |
|---|---|---|---|
| 1 | 6/15/26 | 6/15/26 | Stipulation of Facts |
| 2 | | | Handwritten note authored by Shawn Chan |
| 3 | | | Neuropsychological Evaluation (Dr. Feliciano) |
| 4 | | | Forensic Psychological Report (Dr. Gambow) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |