# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:  1

Case No.: 8:25-cr-311-MSS-TGW

UNITED STATES OF AMERICA

vs.

SHAWN CHAN

Date Identified: _____

Date Admitted: _____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 8:25-cr-00311-MSS-TGW

SHAWN CHAN

## STIPULATION OF FACTS

It is hereby stipulated and agreed by and between the United States of America and the defendant, Shawn Chan, by and through his attorney, Ryan Maguire, that the following statements are true and during the trial in this case, the Court may consider the following stipulated facts:

1.     On or about May 26, 2025, Shawn Chan was issued a Canadian passport. On the same day, Chan used that passport to travel in interstate and foreign commerce by flying from Canada to Orlando, Florida.

2.     When Chan arrived in the United States, a point of entry interview occurred where Chan was asked to disclose where he was staying while in the United States. During that interview, Chan stated that he was staying at the World Wrestling Entertainment ("WWE") Performance Center in Orlando, Florida.

3.     The WWE Performance center does not have any hotel rooms, dorm rooms, or other lodging.

4.    Not long after Chan arrived in the United States, he began conducting Internet searches for the WWE, the WWE performance center, and the names of WWE wrestlers who lived in Florida. Chan also searched for information about where these stars lived and tours of their homes.

5.    Later, at approximately 8:45 p.m. on May 26, 2025, Chan began searching for tours of the Florida home of WWE star L.M. Over the next day, Chan conducted the following internet searches:

    a.  L.M. Farm

    b.  Does L.M. have a ranch?

    c.  L.M. shows off Florida farm

    d.  L.M. farm Orlando

    e.  Watch WWE Star L.M. Give Tour of Florida Farm

    f.  L.M. Farm in Florida

    g.  WWE's L.M. Shows off her Florida Farm

    h.  L.M. farm in Florida

6.    Around the same time, Chan also searched how to get from Orlando (where he was staying) to Hernando County, in the Middle District of Florida—where L.M. resides.

7.    On May 31, 2025, Chan arrived at L.M.'s home in the Middle District of Florida. While Chan was on L.M.'s property, his conduct was captured on L.M.'s security cameras.

8.    Rather than using the driveway, Chan approached L.M.'s home from the south through the yard. Chan proceeded to walk around the property twice, at one point attempting to gain access to a side door of a detached pole barn. He then walked onto the front porch of the home and was looking around the porch. While on the porch, Chan reached down around the door and the door mat. Chan also touched around the bottom of the front door and swiped the locking mechanism on the door several times with his hand. He also wiped the door handle with antibacterial wipes and attempted to put a note under the door. Chan also grabbed the front door handle and leaned into the door attempting to open it.

9.    While on the porch, Chan also grabbed an air rifle pellet gun from the front porch wall and, as pictured below, Chan attempted to open the door while holding the air rifle pellet gun:



10.    The pellet gun held is capable of causing serious injury.

11.    Chan stayed on L.M.'s property for about two-and-a-half hours. Before leaving, he left a note. *See* Exhibit 1.  As referenced in the note, Chan believes he previously communicated with various WWE wrestlers, including L.M., on an online video game.

12.     On June 1, 2025, L.M.'s mother, G.D., checked on her daughter's home while her daughter was out of state for work. When she arrived at the home, G.D. found the note Chan left. She then downloaded videos from the security footage and saw Chan walking around the driveway, the porch, and observed Chan pick up the pellet gun.

13. After viewing Chan on the security footage of L.M.'s home, G.D. called WWE's head of security, who reported Chan's conduct to law enforcement.

14. When L.M. arrived in Florida a few days later, Chan's whereabouts were unknown, for her safety, L.M. was escorted home by local law enforcement.

15. L.M. had never met or spoken to Chan. Chan's unannounced visit to L.M.'s home placed her in fear of death, or serious bodily injury, and caused substantial emotional distress.

16. Additionally, G.D.—who was the person who first watched Chan on L.M.'s video cameras was also placed in fear and suffered substantial emotional distress from Chan's conduct.

17. Because of Chan's conduct, L.M. is significantly more cautious. She upgraded her security system so that an alarm is triggered if anyone enters her property—including the outskirts as Chan did. She added game cameras to her entire property as well.

18.     Chan was evaluated by two psychologists. Both psychologists opined that at the time Chan committed the offense, his mental illness distorted his capacity to recognize his conduct as wrong. Therefore, the affirmative defense of insanity is applicable.  *See* Exhibits 2 and 3.


AGREED:


_____          _____
Shawn Chan                                                    Lindsey Schmidt
Defendant                                                       Assistant United States Attorney


_____
Ryan Maguire
Attorney for Defendant


Date: _____5|18|2026_____