# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  2

Case No.: 8:25-cr-311-MSS-TGW

UNITED STATES OF AMERICA

vs.

SHAWN CHAN

Date Identified: _____

Date Admitted: _____

Liv, Gionna, it's me Shawn the guy you all hang out with on FFII online (the one who called you "Bubble".) and also the one that you ALL disrespected, exploited and INVADED my privacy on a daily basis, all the way in CANADA. I came here to pay just a friendly visit, nothing more. Yet, i'm the one who looks like a stalker thx to all of you. All of you who benefited and profited so much from me... I NEVER said and did anything bad for over 10 years, yet you all dared hating me for no reason. All you guys do is spy, spy and spy on everything I do or say, with electronic technology(s). Most of all, (i'm not even Jew, i'm yellow east asian). Even years before FFII, i've shown nothing but kindness and friendliness and artistic talents at hollywood level, but all i got from you guys is indifference. It's like you all think this is funny for me (through your spy technology) even though i'm laughing about "other things" for other reasons, but to all of you, you laugh about my misfortunes in the REAL LIFE, it's not even wrestling anymore, like Vince and his injuries, who did that out of his within own volition. But this time, my landlord wants to sell his house with all his own obviously bullshit excuses all of a sudden, forcing me to move away with a hard time resettle in, in the REAL LIFE, outside of wrestling storylines. Even Seth Rollins (Colby Lopez) and Gigi Dolin (Priscilla Kelly) have

been trying to contact me, or should i say reach out to me when i'm absent from that game. So who's the stalker huh?! Vince and you ~~guys~~ guys obviously have something to do with it. You all, along with wwe hollywood celebrities kept saying that it's not about me, yet i'm the one getting affected actually (I'm yellow east asian, not jewish). And you all think i'm gonna have empathy, sympathy and care about any of you anymore?

(i guess you can all kiss those hollywood dreams goodbye)

Yea, I just wanted to let you know that I was here (as a friend taken for granted) most likely ~~$~~ deceived and betrayed again to spend money just for your shenanigans. Financial struggles after financial travel struggles...

(so much for loving me as a friend)

This is the last time (yea just like Cena) you'll hear from me on Youtube and everything. I will start talking and doing whatever I want ~~so~~ despite all your shoosh finger faces that you all make. Can't believe you all side with Hollywood Celebrities; they're all selfish and greedy cowards. Kept exploiting me as guinea pig and bait despite knowning full well what i'm capable of. So stop following ~~me~~, stalking, cyberstalking me everthing, satellite, electronic dev cameras, all that... I dont care, ... either...

1-416-906-2102

31 Cardwell Ave Scarborough ON
M1S 4Y4