UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                     CASE NO. 8:25-cr-00311-MSS-TGW

SHAWN CHAN

## WAIVER OF RIGHT TO TRIAL BY JURY

**I.     Written Waiver of the Defendant**

I, Shawn Chan, the defendant in this case, understands my Sixth Amendment personal right to a jury trial in which a jury of twelve (12) people would determine whether I am guilty beyond a reasonable doubt of the charges brought against me.  I have had sufficient time to consider this right and to consult with my attorney about my right to a trial by jury.  I knowingly, intelligently, and unequivocally elect to waive my right to a jury trial and elect to have the District Judge assigned to my case hear the evidence and testimony to determine whether I am guilty beyond a reasonable doubt of the charges brought against me.  I am making this election freely, voluntarily, knowingly, and intelligently, and not because of any promises, inducements, threats, or coercion.

Date: 5-18-26                    By: _____
                                         Shawn Chan
                                         Defendant

**II.  Defense Counsel Approval**

Date: 5/18/2026          By: _____
                             Ryan Maguire
                             Counsel for the Defendant

**III.  Consent of the Government**

The United States of America consents to the Defendant's waiver of a jury trial.

Date: 5/26/2026          By: _____
                             Lindsey Schmidt
                             Assistant United States Attorney

**IV.  Court Approval**

I find that the Defendant has knowingly, intelligently, voluntarily, and unequivocally waived the right to a jury trial, and I approve the waiver.

Date: 6/15/2026          By: _____
                             Honorable Mary S. Scriven
                             United States District Judge