UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:25-cr-00311-MSS-TGW

SHAWN CHAN

## JOINT PROPOSED VERDICT FORM

1. **Count One of the Indictment**

As to the offense Interstate Stalking, in violation of 18 U.S.C. § 2261A, the

Court finds the defendant, SHAWN CHAN:

      Guilty _____

      Not Guilty By Reason of Insanity __X__

      Not Guilty _____

So stated this ___15th___ day of June, 2026.

_____
HONORABLE MARY S. SCRIVEN
United States District Court Judge