# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

      **Plaintiff,**

    **v.**                                                                 **Case No.:  8:25-cr-00311-MSS-TGW**

SHAWN CHAN,

      **Defendant,**

_____/

## JUDGMENT OF ACQUITTAL

This cause having come before the Court on a bench trial, and the Court having returned a verdict of not guilty by reason of insanity as to Count One of the Indictment, it is

**ORDERED AND ADJUDGED:**

The Defendant, Shawn Chan, is Not Guilty By Reason Of Insanity of the offense charged against him in Count One of the Indictment.

**DONE AND ORDERED** in Tampa, Florida on June 17, 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
U.S. Pretrial Services
U.S. Probation