UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

   v.                                Case No.:  8:25-cr-00311-MSS-TGW

SHAWN CHAN,

       Defendant,

_____/

## ORDER

**THIS CAUSE** is before the Court following a Stipulated Facts Bench Trial held on June 15, 2026. This Court found Defendant Shawn Chan Not Guilty By Reason of Insanity as to Count One of the Indictment. Defendant was adjudicated Not Guilty By Reason of Insanity and ordered to be released from the custody of the United States Marshal and to the custody of United States Immigration and Customs Enforcement ("ICE") due to a preexisting ICE detainer. Defendant met his burden of establishing by a preponderance of the evidence that his release would not create a substantial risk of bodily injury to another person or serious damage of property of another due to a present mental disease or defect. Namely, Defendant has been stabilized from his prior psychotic state and been deemed competent by medical source providers. As such, he poses no danger to the community or to the victim in this case. He is also subject to an immigration detainer. Defendant does not oppose the immigration detainer and desires to return to Canada. The Government

concurred in this assessment and offered no evidence to rebut this showing. Therefore, pursuant to 18 U.S.C. § 4243(d), the Court finds that Defendant has met his burden and established by a preponderance of the evidence that his release would not create a substantial risk of bodily injury to another person or serious damage of property of another due to a present mental disease or defect.

Accordingly, it is **ORDERED** as follows:

1. The Court finds the Defendant's release would not create a substantial risk of bodily injury to another person or serious damage of property of another due to a present mental disease or defect. (See *18 U.S.C. § 4243(d)*)

**DONE and ORDERED** in Tampa, Florida, on June 18, 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record
              U.S. Marshal Service
              U.S. Probation Office
              U.S. Pretrial